1 LORIE J. TEICHERT
Attorney at Law
2 California State Bar No. 142271
TEICHERT & ASSOCIATES, APC
3 1322 F Street
Sacramento, CA 95814
4 Telephone: (916) 441-4410

5 Attorney for Defendant
RYAN LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S-02-360 DFL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER TO RELEASE PASSPORT |
| RYAN LEE, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the passport of Defendant, RYAN LEE, which was previously surrendered to the Court in this matter, be released.

DATED: 11/1/2005

_____
DAVID F. LEVI
United States District Judge

1